

## FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

February 15, 2008

**VIA ECF AND FIRST CLASS MAIL**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    RE:   Hogan-Cross v. Met Life
             08-00012 (LAK)

Dear Judge Kaplan,

    We represent Plaintiff in the above captioned matter. An Initial Conference has been scheduled for February 28, 2008 at 10:00 AM. Defendant is not required to answer the Complaint until early March 2008, and we are thus requesting that the Initial Conference be adjourned until shortly thereafter.

    Counsel for Defendant joins in the request and we have identified the week of March 10, 2008 to be available other than March 11, 2008. Moreover, after Defendant answers, the parties will endeavor to complete the case management proposal and potentially obviate the need for an appearance.

    Thank you for your attention to the foregoing.

                                  Respectfully submitted,

                                  FRANKEL & NEWFIELD, P.C.

                   By: _____
                           Jason Newfield (JN5529)

JAN/bms
cc: Allan Marcus, Esq. (Via Fax)
X:\Shared\Hogan-Cross\Court 1 ltr.wpd