LSK&D #: 564-8006 / 991157

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CINDY HOGAN-CROSS,

                          Plaintiff,

           -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                          Defendant.
------------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**DEFENDANT METLIFE'S RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Metropolitan Life Insurance Company states that it is wholly owned by its publicly-held parent corporation MetLife, Inc.

Dated:    New York, New York
            March 7, 2008

                                        Respectfully submitted,

                                        LESTER SCHWAB KATZ & DWYER, LLP

                                        _____
                                        Allan M. Marcus (AM-9027)
                                        120 Broadway
                                        New York, New York 10271
                                        (212) 964-6611
                                        Attorneys for Defendant
                                        Metropolitan Life Insurance Company