LSK&D #: 564-8006 / 990628

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CINDY HOGAN-CROSS,

                Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------x

No. 08 CV 00012 (LAK)

**NOTICE OF MOTION TO TRANSFER VENUE TO NORTHERN DISTRICT OF TEXAS**

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Margaret A. Calderon, the Declaration of Allan M. Marcus, and the respective exhibits thereto, and Defendant's Memorandum of Law in Support of its Motion to Transfer Venue, Defendant Metropolitan Life Insurance Company will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by the Court, for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer venue of this action from this Court to the Northern District of Texas.

Dated:    New York, New York
            March 7, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              _____
                              Allan M. Marcus (AM-9027)
                              120 Broadway
                              New York, New York 10271
                              (212) 964-6611
                              Attorneys for Defendant
                              Metropolitan Life Insurance Company

TO:

Justin C. Frankel, Esq. (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
(516) 222-1600
Attorneys for Plaintiff