LSK&D #: 564-8006 / 990694
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CINDY HOGAN-CROSS,

                              Plaintiff,

             -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                              Defendant.
------------------------------------------------------------x

No. 08 CV 00012 (LAK)

**AFFIDAVIT OF
Margaret Calderon**

STATE OF ILLINOIS    )
                              ss.:
COUNTY OF COOK    )

      I, Margaret Calderon, being duly sworn, depose and state as follows:

      1.    I am employed by defendant Metropolitan Life Insurance Company ("MetLife") as a Litigation Specialist. I make this Affidavit in support of MetLife's motion to transfer venue in the above-captioned action.

      2.    As part of my job responsibilities, I am familiar with plaintiff Cindy Hogan-Cross's claims for benefits under the International Business Machines Corporation ("IBM") long-term disability ("LTD") Plan (the "Plan"). MetLife administered claims under the Plan. I am also familiar with MetLife's claim file pertaining to Hogan-Cross's claim (the "Claim File"), which has been routinely kept by MetLife in the ordinary course of its business.

      3.    MetLife administered Hogan-Cross's LTD benefits claim in its disability claims office in Utica, New York.

1

4. In the course of its review of Hogan-Cross's claim, MetLife consulted with two independent physicians, neither of whom are located in New York.

5. During MetLife's review of Hogan-Cross's claim, she was examined by an independent physician and tested by an independent psychologist. Both of these medical providers are located in the Dallas, Texas area.

6. Attached hereto as Exhibit "A" are true and correct copies of documents submitted by Hogan-Cross in support of her claim. The documents are contained in MetLife's Claim File. These documents show that (a) Hogan-Cross's address is in Lewisville, Texas; (b) her place of employment was in Dallas, Texas; and (c) her treating medical providers were located in the Dallas, Texas area.

*Margaret A. Caldwell*

Sworn to and subscribed before me this
7th day of March, 2008

_____
Notary Public

"OFFICIAL SEAL"
LAURA SULLIVAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/12/2009

2

**EXHIBIT "A"**

Cindy K. Hogan-Cross
1877 Trail Ridge Drive
Lewisville, Texas 75077
HM#(972) 317-7755 WK#(972) 561-6378
CindyHoganCross@aol.com

Claim # 630609296593

**OBJECTIVE**: Technical Support/ Project Lead/Programmer

**EDUCATION: Bachelor of Science in Computer Science** with Business Minor
GPA 3.4 Graduated 5/96 from Texas Woman's University, Denton, Texas.

**WORK EXPERIENCE:**
**IBM Corporation**: Software Engineer, Dallas, TX
(1/2000-present) Technical Support for WebSphere Data Interchange on MVS z/OS, AIX, and Windows using XML, ADFs, and EDI X12 Standards. Recreated, tested, and resolved customer problems via phone, email, and electronically. Recreated and tested problems for development. AIX System Administration training. Published technical documents for WDI on the web.

**BancTec**: Application Software Engineer II, Irving, TX
(9/96-1/2000) Project management and coordination on existing systems and new system installations. System analysis and pricing of programming jobs. System Administration for UNIX, Windows NT, Plexus Object Server and Storage Manager Optical jukebox software. Worked on site and via phone doing technical support for ImageFirst Office, UNIX, Windows NT, networking, Image Statement Print, OSA, and MARS. Planned and priced ISP test system. Assisted with transport backups and upgrades. Worked on site assisting with router and ipaddress changes. Resolved ipaddress conflicts. Resolved P.C. workstation problems. Applied updated network drivers. Used UNIX and VI editor to create shell scripts on the HP UNIX servers. Assisted in setting up host files for an addition of a new site. Examined VX-REXX, REXX, and C programs to identify problems to be corrected or changed. Did COBOL programming modifications to application software. Configured projects in PVCS. Did year 2000 testing and correction on existing customer systems.

**Advantis Networking at IBM**: Technical Support Representative, Dallas, TX
(9/93-9/96) Resolved customer installation and operations problems via phone and electronically for connections through the IBM Mail LAN Gateway/2 software from email systems to host systems.

**IBM Corporation**: Technical Support Representative, Dallas, TX
(7/89-9/93) Resolved problems with IBM DisplayWrite word processing software via phone and electronically. Ability to identify problems and guide users through steps necessary to correct them. Did technical writing creating directions to perform functions in DisplayWrite that were published in the DisplayWrite Hints and Tips manual.

**Computer Knowledge**: Assembly, BASIC, C, COBOL, PASCAL, REXX, VX-REXX, RETAIN, Xedit, Windows, UNIX, VI Editor, PVCS Version Control Manager, VM/CMS, OV/VM, MVS, OS/390, Z/OS, DB2, SQL, AIX & UNIX System Administration, NT System Administration, TC/PIP, Lotus Notes, XML, TSO, ISPF, SDSF, JCL.

**Honors**: Golden Key National Honor Society, Gamma Beta Phi Society (Fresh/Soph), Omega Rho Alpha (Fresh/Soph), Outstanding College Students of America, National Collegiate Computer Science Award nominated by Dr. Mona Cherri. United States Achievement Academy, The National Deans list, Who's Who in America 2005.

**REFERENCES**: Available upon request.

Pg 1 of 7

Cindy Hogan-Cross                RE: Long Term Disability
1874 Trail Ridge Drive           Claim # 630609296593
Lewisville, TX 75077             Group # 117542/IBM
972 317-7755                     Serial # 624038
            May 1, 2007                      Third Request

ATTENTION: Tammy Bravo
Case Management Specialist
MetLife Disability
P.O. Box 14592
Lexington, KY 40511-4592
1 800 638 0064
1 800 230 9531 fax

Dear Tammy,

   I am under appropriate care and treatment as defined in my plan. I request to appeal the decision for denial of this claim. You do not have all of my medical records from all of my doctors. You said that there are no providers for you to request medical information. I have many providers, that you can request medical information. See additional pages with providers information. Please acknowledge receipt of this letter. I have been recognized as disabled since 4/19/2007.
Regards,

Cindy Hogan
Cindy Hogan-Cross

Dr. Shoulin and

**JAMES A. CONYERS, M.D., F.A.C.S.**
*General Surgery*
*Diplomate of the American Board of Surgery*

500 West Main, Suite 300   Lewisville, Texas 75057
(972) 219-6800  •  Fax (972) 219-0053



Medical assistant
258 Elizabeth Smith
**ERIC R. HURD, M.D.**
**JOHN J. WILLIS, M.D.**
→ **MARIAN SACKLER, M.D.**
**ALEX LIMANNI, M.D.**
**PRIYA NAIR, M.D.**

2929 N. Central Expressway
Suite 225
Richardson, TX 75080
(972) 234-3001
Fax (972) 234-3088

712 North Washington
Suite 300
Dallas, Texas 75246
(214) 823-6500
Fax (214) 826-0605

**BAYLOR**
Surgicare at Lewisville

(972) 315-1101

1854 Lakepointe Drive
Lewisville, Texas 75057
(972) 315-9242 Fax
www.lewisvillesc.com

**TDDC**
Texas Digestive Disease Consultants

James T. Cox, M.D.
→ S. Neil Mehta, M.D.
Amanda McCown, PA-C

1850 LAKEPOINTE DR., SUITE 400
LEWISVILLE, TEXAS 75057
(972) 316-0262   PHONE
(972) 316-8762   FAX

**Sagebrush Women's Healthcare, P.A.**
Obstetrics, Gynecology, Infertility, Urogynecology & Pelvic Reconstructive Surgery

☐ J. David Wolfenman, M.D.
☐ Kevin P. O'Neil, M.D.        ☒ Leslie A. Phillips, M.D.
☐ Elia Fanous, M.D.            ☐ Angela Myles, M.D.

appt. 
2/6/06  4:30 pm

509 Sagebrush Dr., Ste. 101   ☐ 2001 N. MacArthur, Ste. 540
Flower Mound, Tx 75028         Irving, TX 75061
972-899-5757                    972-253-5000

Kindly give 24 hours notice if unable to keep appointment

**Flower Mound Family Care Center**

John Mulford, RN, MS, FNP-C
**Fariborz Alan Davoodi, M.D.**
Diplomate, American Board of
Family Practice

3101 Churchill Drive, Suite 315
Flower Mound, Texas 75022
Telephone: 972-691-9190
Fax: 972-691-3841

**SUMMIT**

TEENA PETREE, P.T.
DONNA WITTEN, MSPT

17817 DAVENPORT RD. SUITE 230   DALLAS, TEXAS 75252
972/732-7797   FAX 972/732-7794
Email: therapy@summitphysicaltherapy.com   Web Site: www.summitphysicaltherapy.com

fee

**BERNIE L. McCASKILL, M.D. P.A.**
SURGERY OF THE SPINE
GENERAL ORTHOPAEDIC SURGERY

8220 WALNUT HILL LANE, SUITE 310     2306-A SOUTH FM 51
DALLAS, TEXAS 75231                   DECATUR, TEXAS 76234
214/691-7077                           940/627-1791
FAX 214/692-8421                       FAX 940/627-5725

4217 Marsh Ridge Rd, Ste 120
(NW corner of Hebron & Marsh Ridge)
(on Hebron between Marsh & Josey Ln)
Carrollton, TX 75010

**NEUROLOGY & SLEEP CLINIC**
KIRAN P. SHAH, MD

Phone: (972) 306 6300        Board Certified in Neurology
Fax: (972) 306 6500          EMG/NCV, Sleep Medicine &
Website: www.thebrainmd.com  Neuroimaging

**FIBROMYALGIA & FATIGUE CENTERS** INCORPORATED
Dr. Spurlock
12740 Hillcrest Road
Suite 100
Dallas, Texas 75230
Phone: 972-980-2300
Fax: 972-980-3730
www.fibroandfatigue.com



Claim # 630609296593
Group # 117542/IBM

**MOHAN PENMETCHA, M.D.**
Board Certified in Rheumatology and Internal Medicine

| 475 West Elm, Suite 201<br>Lewisville, Texas 75057 | primary address & correspondence<br>2008 East Hebron Pkwy, Suite 100<br>Carrollton, Texas 75007<br>(t) 972.492.8700  (f) 972.395.1140 | 6300 West Parker Rd<br>Bldg 2, Ste 420<br>Plano, Texas 75093 |

## Statement of Account

Starin Family Care Chiropractic
1565 West Main Street #210
Lewisville, TX 75067

| Account No. | Page # |
|---|---|
| HOGAN0000 | 1 |

Cindy Hogan-Cross
1877 Trail Ridge Dr
Lewisville, TX 75077

| Date |
|---|
| 02/12/2001 |

*Sarah Strebeck, M.D.*
Board Certified Adult Psychiatry

1422 W. Main St., Ste. 107
Lewisville, TX 75067
sarahstrebeckmd@verizon.net

Phone: 972-436-8200
Fax: 972-436-9601

Bradley A. Watts, M.Div., LMFT
Director of Clinical Services
Pastoral Counselor

Pastoral
Counseling
and
Education
Center

A Community Resource for Healing and Growth
4525 Lemmon Avenue, Suite 200  Dallas, Texas 75219-2100
214/526-4525  FAX 214/520-6468

Baylor Medical Center at Irving
1901 N. MacArthur
Irving, TX 75061
phone: 972 579-4323   fax: 972 579-4416
Claim # 630609296593
Group # 117542 / ABM

**Barry Sanders, M.D.**
Board Certified

SPECIALIZING IN DISORDERS OF
THE DIGESTIVE SYSTEM & LIVER

## NORTH TEXAS
## GASTROENTEROLOGY CONSULTANTS

560 West Main, Ste. 106
Lewisville, Texas 75057
(972) 420-8800
(972) 420-8888 Fax

4123 North Josey Lane, Ste. 106
Carrollton, Texas 75010
(972) 394-7744
Fax (972) 394-1979



**North Texas OB-GYN Associates**
www.northtexasobgyn.com

RUDY M. TOVAR, M.D.
Diplomate of the American College
Obstetrics, Gynecology and Infertility

328 W. Main St.
Lewisville, Texas 75057
Telephone: (972) 436-7757

305 Churchill Suite 720
Flower Mound, Texas 75022
Telephone: (972) 899-1720

### WHOLE BODY HEALING CENTER

**Shawn Sieracki, ND**
Naturopath • Homeopath • Biofeedback
Nutritional Counseling • Disease Prevention

200 North Mill Street
Lewisville, TX 75057

Phone: (972) 434-7780
Cell: (469) 733-3827

www.wholebodyhealingcenter.com
Email: drshawn@wholebodyhealingcenter.com

*Sarah Strebeck, M.D.*
Board Certified Adult Psychiatry

1422 W. Main St., Ste. 107
Lewisville, TX 75067
sarahstrebeckmd@verizon.net

Phone: 972-436-8200
Fax: 972-436-9601

YOUNG SONG, L.AC, DIPL.OM
Herbs & Acupuncture
5611 Villa Dr.
Lake Dallas, TX 75065

# TRINITY WELLNESS CENTER, P.C.
## Family Chiropractic And Natural Healing

2250 Highland Village Rd.
Suite 200
Highland Village, Tx 75077

**(972) 317-WELL**

(972) 317-3366 fax
www.trinitywellnesscenter.com

Claim # 6306 0929 6593
Group # 117 542/IBM

way cituiguou,
healing partner, please call for the dates of the next training event.

Cyndi James-Clayton, RM, Certified SRT
Practices Reiki, *Spiritual Response Therapy* (SRT), Spiritual
Restructuring and Pilgrimage Integrative Healing Process (PIHP).

Claim # 63060929 0593
Group # 117542/IBM

7/24/2006

---

Prov 3:7-8

# LIVING ♡ INSIGHTS

PIDGE HAYNES, MBE                                    BIO-ENERGY PRACTITIONER

5620 Brownfield Dr
Unit B
Lubbock, Texas

Office: (806) 771-4616
Cell:   (806) 252-2844

| LSA—Limbic Stress Assessment |
| PureCharge Energetic Foot Spa |
| SAF Coach—Self Awareness Formulas |
| Chi Machine |
| Energy Patch Systems |
| StemEnhance |
| Seminars |

## Services Available Through Living Insights

If only your body could tell you what it needs!!!!

Well now it can! The LSA (Limbic Stress Assessment) is a comprehensive bio-feedback system that communicates with your body, allowing it to respond to a wide variety of stressors. The LSA will quickly and non-invasively measure and analyze what your body needs to maintain healthy balance. Remedies will be offered in response to your specific needs to support your body's natural abilities to heal, giving you answers to your unique healthcare questions. Our goal is

### AURA Energy Patch System

This system is a non-transdermal, non-chemical patch that delivers natural energetic frequencies to allow the body to heal itself. The body is able to choose the frequencies needed to obtain or maintain balance that achieves health benefits. These patches are safe, effective, non-invasive and have no side effects, *only benefits!* 28 energetic patch systems are available, including weight management, sleep, energy/stamina, pain, allergies....plus many more.

### Self Awareness Formulas

Your health and well being have always been your responsibility. What do you do if you can't see the cause of problems? The SAF is a method designed to help you understand yourself and your loved ones. You can discover what your symptoms mean, and how to dissolve old patterns and make positive changes in your life.

Based on client input, SAF provides 'chains of information' that tell a tale of organ and gland systems, while correlating emotions and conditions. SAF dissects problems into smaller parts

**Medical Center of Lewisville**
Department of Radiology
500 West Main Street
Lewisville, Texas 75057
Phone: (972) 420-1070, Fax: (972) 420-1054

M _____

Has an appointment date/time: _____

Examination: _____

Please arrive in Outpatient Admitting 30 minutes prior to your scheduled time unless otherwise directed. For special instructions see reverse.

Claim # 63060929593
117542/IBM

MRI Central
9840 N. Central Expressway Suite 254
Dallas, TX 75231
214 361 8018

Imaging Specialists Group LTD
3101 Churchill Suite 100
Flower Mound, TX 75022
972 724-0100   fax 972 724 4455

MetLife – Metropolitan Life Insurance Company
met Disability
P.O. Box 14590
Lexington, KY 40511-4590
Tammy Bravo Case Management Specialist
1 800 638-0064   fax 1 800 230 9531
Claim # 63060929 6593
Group 117542/IBM   Serial #624038



**North Texas OB-GYN Associates**
www.northtexasobgyn.yourmd.com

RUDY M. TOVAR, M.D.
Diplomate of the American College
Obstetrics, Gynecology and Infertility

328 W. Main St.
Lewisville, Texas 75057
Telephone: (972) 436-7757

3031 Churchill, Suite 220
Flower Mound, Texas 75022
Telephone: (972) 899-1220

---

**NORTH TEXAS DIABETES & ENDOCRINOLOGY, P.A.**

**WASIM A. HAQUE, M.D.**
*Specialist in Diabetes, Endocrinology and Metabolic Diseases*

190 Civic Circle           Phone  214-222-2700
Suite 272                  Fax    214-222-2705
Lewisville, TX 75067       www.endomd.com

---

LEWISVILLE • PLANO • CARROLLTON



**GREATERTHERAPYCENTERS**
966 North Garden Ridge, Suite 530
Lewisville, Texas 75077
Ph 972.420.6605  Fx 972.436.2720
www.greatertherapycenters.com

*Cindy Gotz*

Claim # 630609296593
group # 117542/ IBM