IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY HOGAN-CROSS, : 08 CV 00012 (LAK)
　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　: ECF
　- against - :
　　　　　　　　　　　　　　　:
METROPOLITAN LIFE INSURANCE :
COMPANY and INTERNATIONAL BUSINESS :
SYSTEMS, CORP. : STIPULATION
　　　　　　　　　　　　　　　:
　　　　　　　　Defendants. :

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff, CINDY HOGAN-CROSS, and attorneys for Defendant, METROPOLITAN LIFE INSURANCE COMPANY, that their time to Oppose Defendant's Motion to Transfer Venue is extended up to and including April 25, 2008.

Dated: Garden City, New York
　　　　March 18, 2008

LESTER SCHWAB　　　　　　　　　　　　FRANKEL & NEWFIELD, P.C.
KATZ & DWYER, LLP

_____　　　　　　　_____
Allan Marcus　　　　　　　　　　　　　　Justin C. Frankel
Attorneys for Defendant　　　　　　　　Attorneys for Plaintiff
120 Broadway　　　　　　　　　　　　　585 Stewart Avenue
New York, New York 10271　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　516-222-1600

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/19/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08