LSK&D #: 564-8006 / 999683
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CINDY HOGAN-CROSS,

                    Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY and INTERNATIONAL BUSINESS
SYSTEMS CORP.,

                    Defendants.
------------------------------------------------------------x

No. 08 CV 00012(LAK)

STIPULATION AND
ORDER EXTENDING
TIME TO RESPOND TO
AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in the above-referenced action, that the time for defendants to answer, move, or otherwise respond to plaintiff's Amended Complaint shall be extended up to and including April 11, 2008.

Dated:    New York, New York
            March 28, 2008

FRANKEL & NEWFIELD, P.C.

_____
Justin C. Frankel (JF-5983)
585 Stewart Avenue
Garden City, New York 11530
516) 222-1600
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendants

SO ORDERED.

_____
Lewis A. Kaplan, U.S.D.J.

Dated: 7/31/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08