LSK&D #: 564-8006 / 1007693

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CINDY HOGAN-CROSS,

                          Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY and INTERNATIONAL BUSINESS
SYSTEMS CORP.,

                          Defendants.
-----------------------------------------------------------------x

No. 08 CV 00012 (LAK)

**DEFENDANT IBM'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation ("IBM") (incorrectly sued as "International Business Systems Corp.") states that it is has no parent corporation and that no publicly-owned corporation owns 10% or more of its stock.

Dated: New York, New York
April 11, 2008

                          Respectfully submitted,

                          LESTER SCHWAB KATZ & DWYER, LLP

                          _____
                          Allan M. Marcus (AM-9027)
                          120 Broadway
                          New York, New York 10271
                          (212) 964-6611
                          Attorneys for Defendants
                          Metropolitan Life Insurance Company and
                          International Business Systems Corp.