LSK&D #: 564-8006 / 1007005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CINDY HOGAN-CROSS,

                        Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY and INTERNATIONAL BUSINESS
SYSTEMS CORP.,

                        Defendants.
------------------------------------------------------------------x

No. 08 CV 00012 (LAK)

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and Declaration of Allan M. Marcus, and the exhibits thereto, Defendants Metropolitan Life Insurance Company and International Business Machines Corporation ("IBM") (incorrectly sued as "International Business Systems Corp."), will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by the Court, for an Order, pursuant to F. R. Civ. P. 12(b)(6), dismissing defendant IBM from this Action.

Dated:    New York, New York
            April 11, 2008

                                      Respectfully submitted,

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      */s/ Allan M. Marcus*
                                      Allan M. Marcus (AM-9027)
                                      120 Broadway
                                      New York, New York 10271
                                      (212) 964-6611
                                      Attorneys for Defendants
                                      Metropolitan Life Insurance Company and
                                      International Business Systems Corp.

TO:

Justin C. Frankel, Esq. (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff