LSK&D #: 564-8006 / 1013801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CINDY HOGAN-CROSS,

                      Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY and INTERNATIONAL BUSINESS
SYSTEMS CORP.,

                      Defendants.
-------------------------------------------------------------x

No. 08 CV 0012 (LAK)

STIPULATION
EXTENDING TIME TO
REPLY

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and defendants that defendant Metropolitan Life Insurance Company's time to reply to plaintiff's opposition to motion to change venue is hereby extended to and including May 9, 2008.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this stipulation shall have the same effect as original signatures.

Dated:    New York, New York
             April 29, 2008

FRANKEL & NEWFIELD, P.C.

_____
Justin C. Frankel (JF-5983)
Jason Newfield
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendants
Metropolitan Life Insurance Company and
International Business Systems Corp.

SO ORDERED.

_____
United States District Judge
Dated: 4/30/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 4/30/08