KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CINDY HOGAN-CROSS,

         Plaintiff,

  -against-

METROPOLITAN LIFE INSURANCE
COMPANY and INTERNATIONAL BUSINESS
SYSTEMS CORP.,

         Defendants.
-------------------------------------------------------------x

No. 08 CV 00012(LAK)

STIPULATION AND
ORDER EXTENDING
TIME TO FILE AN
AMENDED COMPLAINT

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties in the above-referenced action, that the time for Plaintiff to file an Amended Complaint against IBM shall be extended up to and including May 12, 2008.

Dated: New York, New York
    April 29, 2008

FRANKEL & NEWFIELD, P.C.

_____
Justin C. Frankel (JF-5983)
585 Stewart Avenue
Garden City, New York 11530
516) 222-1600
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendants

SO ORDERED,

_____
Lewis A. Kaplan, U.S.D.J.

Dated: 5/5/08