**MEMO ENDORSED**

**LESTER SCHWAB KATZ & DWYER, LLP**
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**ALLAN M. MARCUS**
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

May 8, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

By Hand

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Hogan-Cross v. Metropolitan Life Ins. Co.</u>
              No. 08 CV 00012 (LAK)

Dear Judge Kaplan:

    My firm represents defendant Metropolitan Life Insurance Company ("MetLife") in the referenced matter. I am writing to respectfully request that MetLife's time to reply to plaintiff's response to MetLife's motion to transfer venue be extended one week from May 9, 2008 to May 16, 2008. The reason for this request is that plaintiff has been granted leave to file an Amended Complaint by May 12, 2008. Logically, MetLife would like to review plaintiff's new allegations, presumably including those against IBM, before submitting its reply on the venue transfer motion.

    I have conferred with plaintiff's counsel Justin Frankel, but he does not consent to this request for an extension of time.

    Thank you for your kind consideration of this request.

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

AMM:imr

**MEMO ENDORSED**
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/8/08
Granted