UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CINDY HOGAN-CROSS,

                Plaintiff,

     -against-                               08 Civ. 0012 (LAK)

METROPOLITAN LIFE INSURANCE
COMPANY, et ano.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motion of defendant Metropolitan Life Insurance Company ("MetLife") to transfer this action to the Northern District of Texas [docket item 7] is denied. While the deference ordinarily given plaintiff's choice of forum is reduced by the fact that she does not reside in this District, MetLife has not overcome even the modest deference due. The claim in question was handled from its Utica, New York, facility. MetLife is headquartered in New York City. And MetLife, in seeking this transfer, is as guilty of attempting to shop for a favorable forum as plaintiff was in filing the action here.

       SO ORDERED.

Dated: May 19, 2008

                                                         Lewis A. Kaplan
                                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```