

# FRANKEL & NEWFIELD, P.C.

**MEMO ENDORSED**

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

* Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

July 9, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/10/08

**VIA FEDERAL EXPRESS**

Honorable Lewis A. Kaplan
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Cindy Hogan-Cross v. Metropolitan Life Insurance Company et. al.
U.S. D. Ct., S.D.N.Y. 08 Civ. 0012 (LAK)

Dear Judge Kaplan:

We are the attorneys for the Plaintiff, Cindy Hogan-Cross.

Plaintiff writes this letter to request that all dates contained in the February 26, 2008 Consent Scheduling Order be extended by 6 weeks.

By way of background, on May 29, 2008, Your Honor extended all dates in the Consent Scheduling Order by 28 days. Under the current Scheduling Order, discovery is set to close on July 11, 2008. On July 3, 2008, Your Honor issued an Order compelling responses to Paper Discovery by July 28, 2008 and for depositions.

Toward that end, Plaintiff requests that all dates in the Original Scheduling Order be extended an additional 6 weeks. Specifically, all discovery be completed by August 22, 2008 and that a Joint Pretrial Order be filed on or before September 30, 2008.

Plaintiff believes that this constitutes good cause to amend the Order as requested.

Respectfully Submitted,

FRANKEL & NEWFIELD, P.C.

By: /s/ _____
Justin C. Frankel (JF5983)

JCF:jpm   LEWIS A. KAPLAN USDJ
7/10/08

cc: Allan Marcus via Facsimile