&D #: 564-8006 / 1050725

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CINDY HOGAN-CROSS,

                              Plaintiff,

          -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                            Defendant.
------------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**MOTION FOR RECONSIDERATION**

      PLEASE TAKE NOTICE that defendant Metropolitan Life Insurance Company ("MetLife") hereby moves, pursuant to Local Civil Rule 6.3, for reconsideration of the Court's Order entered July 3, 2008, granting, in part, plaintiff's motion to compel discovery.[1]

Dated:    New York, New York
             July 21, 2008

                                      Respectfully submitted,

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      Allan M. Marcus (AM-9027)
                                      120 Broadway
                                      New York, New York 10271
                                      (212) 964-6611
                                      Attorneys for Defendant
                                      Metropolitan Life Insurance Company

---

[1] MetLife filed this motion by ECF on July 18, 2008, but the filing was rejected because it was in the form of a letter. MetLife therefore also moves that it be permitted to file this corrected motion one day late.

TO:

Justin C. Frankel, Esq. (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff