# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**MEMO ENDORSED**

**ALLAN M. MARCUS**
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

July 25, 2008



By Hand

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Hogan-Cross v. Metropolitan Life Ins. Co.
Docket No. 08 CV 00012 (LAK)**

Dear Judge Kaplan:

My firm represents defendant Metropolitan Life Insurance Company ("MetLife") in the referenced matter. I write to respectfully request a 3-day extension of time from July 28 to July 31, 2008 to respond to the written discovery requests as ordered by the Court in its Order dated July 3, 2008.[1]

The reason for this request is that the MetLife employee who had been very knowledgeable with respect to plaintiff's claim file and MetLife's general claims procedures (she had verified MetLife's initial responses to interrogatories) recently left MetLife. This has necessitated an unexpected delay in gathering information and documents responsive to the discovery requests.

I have conferred with plaintiff's counsel who has no objection to this request.

Thank you for your kind consideration of this request.

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

AMM:imr

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
7/28/08

---

[1] MetLife has also filed a Motion for Reconsideration of portions of the July 3, 2008 Order.

LESTER SCHWAB KATZ & DWYER, LLP

July 25, 2008
Page 2

cc:

Via Fax: (516) 222-0513 and Mail
Justin C. Frankel, Esq. (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff

1053078