**MEMO ENDORSED**

# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

ALLAN M. MARCUS
Writer's Direct Dial: (212) 341-4___
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

July 31, 2008

By Hand

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Hogan-Cross v. Metropolitan Life Ins. Co.</u>
Docket No. 08 CV 00012 (LAK)

Dear Judge Kaplan:

My firm represents defendant Metropolitan Life Insurance Company ("MetLife") in the referenced matter.

I am writing to respectfully request: (1) an additional one-day extension of time to Friday, August 1, 2008 to respond to Plaintiff's Interrogatories pursuant to the Court's Order of July 3, 2008; and (2) an additional extension of time to Friday, August 8, 2008 to respond to Plaintiff's Request for Production. The reason for these requests is that, although MetLife has made a diligent effort to comply with the Court's Order, it has encountered unexpected difficulties in gathering certain documents and information. As previously mentioned in my letter dated July 25, 2008, the claims person very knowledgeable about this matter has left MetLife. Also, the documents are being gathered in a number of MetLife offices.

I also wish to respectfully request an extension of time to Tuesday, August 12, 2008 to file a reply brief with respect to MetLife's Motion for Reconsideration. (Plaintiff filed her Opposition papers today.) The reason for this request is that I will be out of the office on vacation from August 4 to August 6 and August 11, 2008.

Thank you for your consideration of this request.

**MEMO ENDORSED**

Applications granted.

So Ordered: _____
USDJ, Part I

Dated: 8/6/2008
New York, NY

Respectfully yours,

_____
ALLAN M. MARCUS
Of Counsel