# MEMO ENDORSED

## LESTER SCHWAB KATZ & DWYER, LLP
### 120 BROADWAY
### NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**ALLAN M. MARCUS**
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

August 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

**By Hand**
Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Hogan-Cross v. Metropolitan Life Ins. Co.**
    **Docket No. 08 CV 00012 (LAK)**

Dear Judge Kaplan:

My firm represents defendant Metropolitan Life Insurance Company ("MetLife") in the referenced matter.

I am writing to respectfully request an additional extension of time to August 13, 2008 to respond to plaintiff's written discovery requests in light of Your Honor's Memorandum Opinion dated July 31, 2008 denying MetLife's Motion for Reconsideration. Frankly, we had been hoping that the Court's Order dated July 3, 2008 would be modified or narrowed upon reconsideration. Therefore, MetLife has not presently been able to completely gather the documents and information in response to plaintiff's requests for production and interrogatories.

To make certain that all discovery is completed before the August 22, 2008 deadline, however, MetLife has proposed to plaintiff's counsel that the two noticed depositions take place during the week of August 18, 2008.

Thank you for your kind consideration of this request.

Application granted.

Respectfully yours,

So Ordered: _____
U.S.D.J.  Part I

ALLAN M. MARCUS
Of Counsel

Dated: 8/6/2008
AMM:ck/1057380

MEMO ENDORSED