LSK&D #: 564-8006 / 1064102
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CINDY HOGAN-CROSS,

                            Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                            Defendant.
------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**NOTICE OF APPEARANCE**

TO:   Clerk of the Court and All Parties of Record

Please enter my appearance as co-counsel in this action for Defendant Metropolitan Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated: Long Island City, New York
        August 13, 2008

Respectfully submitted,

By: s/ Ariadne Staples
Ariadne Staples (AS-2839)
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, New York 11101
astaples@metlife.com
(212) 578-3295
Attorney for Defendant
Metropolitan Life Insurance Company

TO:

Justin C. Frankel, Esq. (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff