Ariadne Staples (AS 2839)
Counsel - Law Department
Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY  11101
Tel (212) 578-3295
Fax (212) 743-0662
astaples@metlife.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
CINDY HOGAN-CROSS,

                                                             Plaintiff,

               -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                                                      Defendant.
----------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**AFFIRMATION OF SERVICE**

      I, Ariadne Staples, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms and certifies under penalty of perjury, that on August 13, 2008, I caused a true and correct copy of the foregoing Notice of Motion, Memorandum of Law, and Attorney Certification, to be served upon counsel for Plaintiff, via United States first class mail, by enclosing a true and correct copy of same in a sealed envelope, postage prepaid, and deposited said envelope in an official depository under the exclusive care and custody of the  United States Postal service within the State of New York, properly addressed as follows:

Justin Frenkel
Frankel & Newfield, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530

Dated: August 13, 2008
      Queens, New York

**METROPOLITAN LIFE INSURANCE COMPANY**

By: s/Ariadne Staples
    Ariadne Staples (AS 2839)

Counsel - Law Department
Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY  11101
Tel (212) 578-3295
Fax (212) 743-0662