UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CINDY HOGAN-CROSS

                                        Plaintiff,

              -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                                       Defendant.
-----------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, as follows:

1.    Plaintiff's claim for benefits under the IBM Corporation Long-Term Disability Plan, pursuant to 29 U.S.C. § 1132(a)(1)(B), shall be dismissed with prejudice.

2.    Plaintiff's claim for breach of fiduciary duty under 29 U.S.C. § 1132(a)(3), shall be dismissed with prejudice.

3.    Plaintiff's claims for interest, attorneys' fees and costs related to or arising from the action shall be dismissed with prejudice.

Dated:    New York, New York
                August 25, 2008

| FRANKEL & NEWFIELD, P.C. | METROPOLITAN LIFE INSURANCE COMPANY |
|---|---|
| /s/ Justin C. Frankel | /s/ Ariadne Staples |
| Justin C. Frankel (JF-5983) | Ariadne Staples (AS-2839) |
| 585 Stewart Avenue | One MetLife Plaza |
| Suite 301 | 27-01 Queens Plaza North |
| Garden City, New York 11530 | Long Island City, New York 11101 |
| (516) 222-1600 | (212) 578-3295 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED.

Dated:_____

_____
LEWIS A. KAPLAN
United States District Judge