Jodie L. Ousley (JO5121)
d'Arcambal, Levine & Ousley LLP
40 Fulton Street - Suite 1005
New York, New York 10038
(212) 971-3175
f(212) 971-3176
jousley@darcambal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CINDY HOGAN-CROSS,

                              Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                            Defendant.
-------------------------------------------------------------x

**No. 08 CV 00012 (LAK)**

**CONSENT TO CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: August 13, 2008

                                    METROPOLITAN LIFE INSURANCE
                                            COMPANY

                       By: _____
                               Amy Posner
                           Associate General Counsel

| | |
|---|---|
| August 13, 2008 | D'ARCAMBAL, LEVINE & OUSLEY, LLP<br><br>By: _____<br>Jodie L. Oulsey<br>Incoming Attorneys |
| August 13, 2008 | LESTER, SCHWAB, KATZ &<br>DWYER LLP<br>By: _____<br>Allan M. Marcus<br>Outgoing Attorneys |