Jodie L. Ousley (JO5121)
d'Arcambal, Levine & Ousley LLP
40 Fulton Street - Suite 1005
New York, New York 10038
(212) 971-3175
f(212) 971-3176
jousley@darcambal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CINDY HOGAN-CROSS,

                                                                       **No. 08 CV 00012 (LAK)**

                              Plaintiff,

                -against-                          **NOTICE OF APPEARANCE**

METROPOLITAN LIFE INSURANCE
COMPANY,

                              Defendant.
------------------------------------------------------------------x

TO:   Clerk of the Court and All Parties of Record

       Please enter my appearance as co-counsel in this action for Defendant Metropolitan Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 5, 2008

                                         Respectfully submitted,

                                         By: _____
                                         Jodie L. Ousley
                                         40 Fulton Street, Suite 1005
                                         New York, NY 10038
                                         (212) 971-3175

                                         Attorney for Defendant
                                         Metropolitan Life Insurance Company

TO:

Justin C. Frankel, Esq. (JF-5983)

FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff